December 8, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LATONYA SCALES AND VICTOR SCALES, INDIVIDUALLY AND AS NEXT FRIEND OF DEONCYEA CURRY, TIARA SCALES, KIMORA SCALES AND LAMONTE SCALES, Appellants

NO. 14-15-00880-CV                 V.

JOSE LUIS SALAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 8, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, LaTonya Scales and Victor Scales, Individually and as Next Friend of Deoncyea Curry, Tiara Scales, Kimora Scales and LaMonte Scales.

We further order this decision certified below for observance.